IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

KGS DIAMOND GROUP S.A.,

    Plaintiff,

    v.

DK HOLDINGS, LTD.,

    Defendant.

---------------------------------------------------------X

Civil Action No. 07 CIV 8547

JUDGE BUCHWALD

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for KGS DIAMOND GROUP S.A. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: October 2, 2007

_____
Anthony H. Handal (AH-04)

8169160

1