

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KGS DIAMOND GROUP S.A., | **CERTIFICATE OF MAILING** |
| Plaintiff, | |
| -V- | |
| DK HOLDINGS, LTD. | |
| Defendants, | 07 CV 8547 (NRB) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 30th day of October, 2007

I served the

Summons & Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 2nd day of October, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

### 7997 4104 3533

*J. Michael McMahon*
CLERK

Dated: New York, NY

