Buchwald, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KGS DIAMOND GROUP S.A., <br><br> Plaintiff, <br><br> v. <br><br> DK HOLDINGS, LTD., <br><br> Defendant. | Case No. CV-07 8547 (NRB) <br><br>  |

## STIPULATION FOR EXTENSION OF TIME

It is hereby stipulated and agreed by and between the undersigned attorneys that the time within which Defendant may answer, move or otherwise respond to Plaintiff's Amended Complaint in the above-captioned matter is extended forty-five (45) days until January 3, 2008.

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
Anthony H. Handal (CT03837)
7 Times Square, 47th Floor
New York, New York 10036
Tel.: (212) 209-4942
Fax: (212) 938-2890

Attorneys for Plaintiff
KGS Diamond Group S.A.

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Jennifer L. Dereka (JD-1577)
101 Park Avenue
New York, New York 10178-0060
Tel.: (212) 309-7137
Fax: (212) 309-6273

Attorneys for Defendant
DK Holdings, LTD.

SO ORDERED:

Dated: November 21, 2007        _____

1-NY/2245511.1