IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KGS DIAMOND GROUP S.A., <br><br> Plaintiff, <br><br> v. <br><br> DK HOLDINGS, LTD., <br><br> Defendant. | Case No.  CV-07 8547 (NRB) <br> Electronically Filed with the Court |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and magistrate judges of the Court to evaluate possible disqualification or recusal, Defendant DK Holdings, LTD., by and through its undersigned counsel, hereby certifies that it has no parents, subsidiaries or affiliates that are publicly traded.

Date:  January 3, 2008

MORGAN, LEWIS & BOCKIUS LLP

By:  "s/" Jennifer L. Dereka

Jennifer L. Dereka (JD-1577)
101 Park Avenue
New York, New York 10178-0060
Tel.:  (212) 309-7137
Fax:  (212) 309-6273

Attorneys for Defendant
DK Holdings, LTD.