ANTHONY H. HANDAL (AH-5104)
BROWN RUDNICK BERLACK ISRAELS LLP
SEVEN TIMES SQUARE
NEW YORK, NEW YORK  10036
(212) 209-4942
(212) 209-4801 (fax)
ahandal@brownrudnick.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KGS DIAMOND GROUP S.A.,                          :
                                                 :
       Plaintiff,                                :
                                                 :
v.                                               :   Docket No.: 07 Civ. 8547 (NRB)
                                                 :
                                                 :   **CERTIFICATE OF SERVICE**
DK HOLDINGS, LTD.,                               :
                                                 :
       Defendant.                                :
-------------------------------------------------------------X

    I, Anthony H. Handal, upon my oath according to law, hereby certify that I caused to be served true and correct copies of the Notice of Initial Pretrial Conference so ordered and signed by the Honorable Naomi Reice Buchwald on January 4, 2008 for the above-identified action via the Court's CM/ECF system on January 9, 2008, which would then notify the following CM/ECF participant on this case:


Jennifer L. Dereka
Morgan, Lewis & Bockius LLP
101 Park Avenue
37th Floor
New York, New York 10178
(212) 309-7137
(212) 309-6001 (fax)
jdereka@morganlewis.com
Attorney for Defendant

1

New York, New York
Dated: January 9, 2008

        KGS DIAMOND GROUP S.A.
        By its attorneys,

        /s/ Anthony H. Handal/
        Anthony H. Handal (AH-5104)
        Brown Rudnick Berlack Israels LLP
        Seven Times Square
        New York, New York 10036
        (212) 209-4942
        (212) 209-4801 (fax)
        ahandal@brownrudnick.com
        Attorney for Plaintiff