JAN 2 5 2008

9C925-630733

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

KGS DIAMOND GROUP S.A., Plaintiff,

v.

DK HOLDINGS, LTD., Defendant.

Case No. CV-07 8547 (NRB)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jennifer L. Dereka a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Eric Kraeutler |
| Firm Name: | Morgan Lewis & Bockius LLP |
| Address: | 1701 Market Street<br>Philadelphia, PA 19103 |
| Phone Number: | 215-963-5000 |
| Fax Number: | 215-963-5001 |

Eric Kraeutler is a member in good standing of the Bar of the State of Pennsylvania. There are no pending disciplinary proceedings against Eric Kraeutler in any State or Federal Court.

January 25, 2008

New York, New York

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: ____________________

Jennifer L. Dereka (JD-1577)
101 Park Avenue
New York, New York 10178-0060
Tel.: (212) 309-7137
Fax: (212) 309-6273

Attorneys for Defendant
DK Holdings, LTD.

CERTIFICATE OF SERVICE

I certify that on this the 25th of January 2008, a true and correct copy of the **MOTION TO ADMIT COUNSEL PRO HAC VICE, AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE AND ORDER FOR ADMISSION PRO HAC VICE** were served on counsel for Plaintiff KGS as follows via e-mail and United States Mail:

Anthony H. Handal
Brown Rudnick Berlack Israels L.L.P.
7 Times Square, 47th Floor
New York, NY 10036

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KGS DIAMOND GROUP S.A., Plaintiff, v. DK HOLDINGS, LTD., Defendant. | Case No. CV-07 8547 (NRB) **AFFIDAVIT OF JENNIFER L. DEREKA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York )
) ss:
County of New York )

Jennifer Dereka, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Morgan, Lewis and Bockius LLP counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Eric Kraeutler as lead trial counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in November 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Eric Kraeutler since 2006.

4. Mr. Kraeutler is a partner at Morgan, Lewis and Bockius LLP, in Philadelphia, Pennsylvania.

5. I have found Mr. Kraeutler to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Eric Kraeutler, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Eric Kraeutler, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Eric Kraeutler, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: January 24, 2008

City, State: New York, NY

Notarized: [signature]

Respectfully submitted,

By: [signature]

Jennifer L. Dereka (JD-1577)

**RACHELLE M. BARSTOW**
**Notary** Public, State of **New York**
No. 02BA6041024
**Qualified in New York County**
**Commission Expires August 14, 2010**



Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

***Eric Kraeutler, Esq.***

**DATE OF ADMISSION**

***November 25, 1980***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.




**Witness my hand and official seal**
**Dated: January 23, 2008**

Patricia A. Johnson
Chief Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

KGS DIAMOND GROUP S.A.,

Plaintiff,

v.

DK HOLDINGS, LTD.,

Defendant.

Case No. CV-07 8547 (NRB)
**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Jennifer L. Dereka attorney for DK Holdings, LTD. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Eric Kraeutler |
| Firm Name: | Morgan Lewis & Bockius LLP |
| Address: | 1701 Market Street<br>Philadelphia, PA 19103 |
| Phone Number: | 215-963-5000 |
| Fax Number: | 215-963-5001 |
| Email Address: | ekraeutler@morganlewis.com |

is admitted to practice pro hac vice as counsel for DK Holdings, LTD. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

______________________________
United States District/Magistrate Judge