IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KGS DIAMOND GROUP S.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) | 
| DK HOLDINGS, LTD., | ) ) |
| Defendant. | ) ) |

Case No. CV-07 8547 (NRB)
**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jennifer L. Dereka a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

|   |   |
|---|---|
| Applicant's Name: | Kenneth J. Davis |
| Firm Name: | Morgan Lewis & Bockius LLP |
| Address: | 1701 Market Street |
|  | Philadelphia, PA 19103 |
| Phone Number: | 215-963-5000 |
| Fax Number: | 215-963-5001 |

Kenneth J. Davis is a member in good standing of the Bar of the States of New Jersey, Pennsylvania and Washington D.C. There are no pending disciplinary proceedings against Kenneth J. Davis in any State or Federal Court.

February 1, 2008

New York, New York

1-NY/2267425.1

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Jennifer Dereka

Jennifer L. Dereka (JD-1577)
101 Park Avenue
New York, New York 10178-0060
Tel.: (212) 309-7137
Fax: (212) 309-6273

Attorneys for Defendant
DK Holdings, LTD.

## CERTIFICATE OF SERVICE

I certify that on this the 5th day of February 2008, a true and correct copy of the **MOTION TO ADMIT COUNSEL PRO HAC VICE, AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE AND ORDER FOR ADMISSION PRO HAC VICE** were served on counsel for Plaintiff KGS as follows via e-mail and by hand:

>Anthony H. Handal
>Brown Rudnick Berlack Israels L.L.P.
>7 Times Square, 47th Floor
>New York, NY 10036

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KGS DIAMOND GROUP S.A.,<br><br>Plaintiff,<br><br>v.<br><br>DK HOLDINGS, LTD.,<br><br>Defendant. | Case No. CV-07 8547 (NRB)<br>**AFFIDAVIT OF<br>JENNIFER L. DEREKA<br>IN SUPPORT OF MOTION TO<br>ADMIT PRO HAC VICE** |

State of New York   )
                    ) ss:
County of New York  )


Jennifer Dereka, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Morgan, Lewis and Bockius LLP counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Kenneth J. Davis as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in November 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kenneth J. Davis since 2007.

4. Mr. Davis is an associate at Morgan, Lewis and Bockius LLP, in Philadelphia, Pennsylvania.

5. I have found Mr. Davis to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Kenneth J. Davis, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Kenneth J. Davis, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Kenneth J. Davis, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated:        February 1, 2008

City, State:  New York, NY

Notarized: *Patricia V. Miller*

PATRICIA V MILLER
Notary Public, State of New York
No. 01MI4828597
Qualified in New York County
Commission Expires June 30, 2007 11

Respectfully submitted,

By: *Jennifer Dereka*

Jennifer L. Dereka (JD-1577)

2

1-NY/2267428.1

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **KENNETH J DAVIS** (No. **022232001**) was constituted and appointed an Attorney at Law of New Jersey on **November 15, 2001** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **24TH** day of **January**, 20 **08**

*Clerk of the Supreme Court*

-453a-



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

### Kenneth Jeffrey Davis, Esq.

**DATE OF ADMISSION**

*November 20, 2001*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 17, 2008

Patricia A. Johnson
Chief Clerk



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

             Kenneth J. Davis

was on the 5th day of August, 2002 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 17, 2008.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
>               Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KGS DIAMOND GROUP S.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. CV-07 8547 (NRB) |
| v. | ) **ORDER FOR ADMISSION** |
| | ) **PRO HAC VICE** |
| DK HOLDINGS, LTD., | ) **ON WRITTEN MOTION** |
| | ) |
| Defendant. | ) |
| | ) |

Upon the motion of Jennifer L. Dereka attorney for DK Holdings, LTD. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Kenneth J. Davis
    Firm Name:    Morgan Lewis & Bockius LLP
    Address:    1701 Market Street
        Philadelphia, PA 19103
    Phone Number:    215-963-5000
    Fax Number:    215-963-5001
    Email Address:    kdavis@morganlewis.com

is admitted to practice pro hac vice as counsel for DK Holdings, LTD. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

    Dated:
    City, State:

                                                  _____
                                                  United States District/Magistrate Judge

1-NY/2267457.1