IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KGS DIAMOND GROUP S.A., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DK HOLDINGS, LTD., )<br>)<br>Defendant. )<br>) | Case No. CV-07 8547 (NRB)<br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

Upon the motion of Jennifer L. Dereka attorney for DK Holdings, LTD. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Kenneth J. Davis |
| Firm Name: | Morgan Lewis & Bockius LLP |
| Address: | 1701 Market Street<br>Philadelphia, PA 19103 |
| Phone Number: | 215-963-5000 |
| Fax Number: | 215-963-5001 |
| Email Address: | kdavis@morganlewis.com |

is admitted to practice pro hac vice as counsel for DK Holdings, LTD. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: February 20, 2008
City, State: New York, NY

_[signature]_
United States District/~~Magistrate~~ Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08